1  LATHAM & WATKINS LLP
      Bob Steinberg (Bar No. 126407)
2      *bob.steinberg@lw.com*
      Amy C. Quartarolo (Bar No. 222144)
3      *amy.quartarolo@lw.com*
      Neil A. Rubin (Bar No. 250761)
4      *neil.rubin@lw.com*
   355 South Grand Avenue
5  Los Angeles, California  90071-1560
   Telephone: +1.213.485.1234
6  Facsimile:  +1.213.891.8763

7  Attorneys for Defendant
   PACIFIC TRUST BANK, F.S.B.
8

9          **UNITED STATES DISTRICT COURT**

10         **CENTRAL DISTRICT OF CALIFORNIA**

11              **WESTERN DIVISION**

12

| | |
|---|---|
| 13  CMG FINANCIAL SERVICES, INC., | CASE NO. CV11-10344 PSG (MRWx) |
| 14        Plaintiff, | **DECLARATION OF DR. MICHAEL LEA IN SUPPORT OF DEFENDANT** |
| 15    v. | **PACIFIC TRUST BANK, F.S.B.'S MOTION FOR SUMMARY** |
| 16  PACIFIC TRUST BANK, F.S.B., et al., | **JUDGMENT** |
| 17        Defendants. | *[Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; Notice of Lodging Proposed Statement of Uncontroverted Facts and Conclusions of Law; Request for Judicial Notice; and Proposed Judgment  filed concurrently herewith]* |

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF DR. MICHAEL LEA

1.    I, Dr. Michael Lea, am the Director of the Corky McMillin Center for Real Estate at San Diego State University and a Visiting Professor of Finance.[1]  I have been retained by Pacific Trust Bank, F.S.B. ("Pacific Trust") as an expert in connection with the above-captioned litigation.   I have no personal or financial stake or interest in the outcome of this matter.

2.    During my career, I have had extensive academic, financial services industry, government and consulting experience.  I have published over eighty (80) articles and book chapters focusing primarily on mortgage-related topics.  In addition, I have served in senior executive positions at major financial institutions including Chief Economist at Freddie Mac and Executive Vice President for Global Market Development at Countrywide Financial Corporation.  I have over twenty (20) years of international advisory work in thirty (30) countries spanning six continents.  I have provided advice on a wide variety of mortgage and securitization topics as a consultant to international development agencies, government-sponsored enterprises, trade groups, regulatory agencies and major private and public sector financial institutions.

3.    As a result of my education and professional experience, I have extensive knowledge of mortgage-related topics and generally am familiar with the subject matter of Patent No. 7,627,509 (the " '509 patent"), including how checking accounts and mortgage line of credit accounts are set up and function

4.    I have personal knowledge of all matters referred to herein and, if called upon to do so, could and would testify competently and truthfully with respect thereto.

/ / /

/ / /

---

[1]    My CV is attached hereto as Exhibit A.

1

**The Business Method Disclosed In The '509 Patent Is Not Novel**

5.      The business method that lies behind the '509 patent, entitled the Home Ownership Payment System and Method is neither complicated nor new.

6.      The '509 patent was filed on May 2, 2006 (and an earlier provisional patent application was filed on July 7, 2005).  At the time these applications were filed, the business method disclosed and claimed in the '509 patent was not unique as it was already  introduced and commercialized in various places throughout the world, including Australia and the United Kingdom.  As just one example, in Australia, Citibank launched a mortgage product providing an integrated line of credit mortgage account and checking account in 1986.  With these mortgage products borrowers were able to effectively reduce the principal balance of their mortgage by the amount of deposited cash assets, enabling them to spend less money on interest payments and build up equity more quickly.  *See* David Moloney and Alastair Bor, *Volume 3: Improving Accessibility and Flexibility of Mortgage Lending for Australians* (June 2003) at 18, 21-22 (a true and correct copy of which is attached hereto as Exhibit B); *see also* Michael Murphy, *Sweep account helps reduce mortgage*, FORT COLLINS COLORADAN, April 16, 2005, at 10D (a true and correct copy of which is attached hereto as Exhibit C).

**No Computer Methods Or Hardware Is Necessary To Implement The Business Method Claimed In The '509 Patent**

7.      I have reviewed the '509 patent and studied the claims set forth therein.  The '509 patent represents nothing more than a simple business method composed of two basic and familiar financial products, the mortgage and the checking account.  The '509 patent does not claim or disclose any specific or innovative steps that require any particular implementation of software, machine, apparatus, technology, or hardware to be carried out.

8.      In the business method disclosed in the '509 patent, funds deposited in the checking account pay down a mortgage line of credit balance, and withdrawals

DECLARATION OF DR. MICHAEL LEA
IN SUPPORT OF PACIFIC TRUST'S
MOTION FOR SUMMARY JUDGMENT

from the same account increase the balance up to a preset limit.  Likewise, when funds need to be withdrawn from the checking account, they are transferred from the line of credit to the checking account so that they are available for withdrawal.  As funds are moved between the accounts, the average balance of the line of credit may be reduced, meaning that less is spent on interest, and additional funds are available from the line of credit as needed.  Transferring funds between these types of accounts is nothing new.  It is a concept that can be replicated using a standard checking account and a mortgage line of credit secured by property.  Indeed, this general business method was already disclosed and in use well before the '509 patent was filed.  *See* Murphy at 10D (Exhibit B hereto); *see also* Moloney and Bor at 21-22 (Exhibit A hereto).

9.      Prior to the availability of modern computer technology, banking transactions were conducted and recorded on paper.  Even if now made easier or faster with the use of computers, banking transactions still may be conducted and recorded using a pen and paper.  No computer, machine, or apparatus is required to perform the claimed  business method.  However, even if a computer was used to conduct the banking transactions, nothing more than a standard checking account and a mortgage line of credit account would be necessary.

10.      Every claim of the '509 patent is capable of being performed in the absence of any specialized computer technology, machine or apparatus, and can be performed by a human being in his or her head, using a pen and paper, or using an ordinary calculator.

11.      No computer, machine, or apparatus is required to perform the step of the '509 patent of integrating a mortgage line of credit account with a checking account.  (*See* Claims 1, 3 and 11.)  An individual simply could decide to associate two accounts, co-mingle their funds, transfer their funds between accounts, or instruct the bank to do so automatically.

/ / /

DECLARATION OF DR. MICHAEL LEA
IN SUPPORT OF PACIFIC TRUST'S
MOTION FOR SUMMARY JUDGMENT

1    12.    No computer, machine, or apparatus is required to perform the step of

2    the '509 patent of having a checking account comprised of funds "periodically

3    deposited" therein.  (*See* Claims 1, 3 and 11.)  Having the balance of a checking

4    account reflect deposits is inherent in the nature of the account.  Any checking

5    account holder has the option of periodically depositing funds into his or her

6    account.  In fact, the '509 patent describes the use of traditional paper-based

7    means, such as by mail, for the depositing of funds.  (*See* '509 patent at 2:20.)

8    13.    No computer, machine, or apparatus is required to perform the step of

9    the '509 patent of moving or transferring funds between accounts.  (*See* Claims 1,

10   3 and 11.)  This is true regardless of the reason underlying the transfer – either by

11   debiting the checking account and crediting the mortgage line of credit account to

12   pay down the mortgage line of credit balance, or debiting the mortgage line of

13   credit account and crediting the checking account to fund a withdrawal.  An

14   accountholder simply could instruct the bank to move funds between the checking

15   and mortgage line of credit to effect the same result.  The ability to move funds

16   between accounts predates the incorporation of computers into banking and existed

17   even when banking transactions were recorded only with pen and paper.  Even

18   today, many individuals track deposits, withdrawals, transfers between accounts

19   and/or payments from a checking account to a mortgage account using a check

20   register or similar methods of manually tracking.  In fact, the '509 patent describes

21   the use of traditional paper-based means, such as personal check, for funding a

22   withdrawal.  (*See* '509 patent at 2:29.)

23   14.    As for the dependent claims 2 and 4, there is nothing that distinguishes

24   these steps from other traditional accounts.  These claims describe nothing more

25   than the transfer of funds from accounts up to a specified limit and the

26   corresponding adjustment of account balances.  No calculations or computations

27   are required or described.

28   / / /

4

15.     As for the dependent claims 7-10, there is nothing that distinguishes these steps from other traditional accounts subject to interest charges.  These claims describe nothing more than the transfer of funds between accounts to reflect interest charged and adjusting account balances correspondingly.  No calculations or computations are required or described.

16.     As for the dependent claim 5, there is nothing novel or unique disclosed in this step.  Claim 5 adds the step of "determining the amount of money that would be saved . . . in paying down said mortgage in an expedited manner," but does not set forth any required calculation or specified method for determining that savings.  Without resorting to a computer or calculator, an individual could calculate how much he would save by paying down the mortgage balance early.

17.     Claim 6 adds the step of calculating savings by the business method identified in the patent against "other popular mortgage financing approaches," such a calculation is susceptible to manual computation.  No specific mortgage financing approaches are disclosed in claim 6.  Neither the '509 patent nor claim 6 requires or even mentions the concept of amortization.  Nevertheless, to the extent a traditional amortized mortgage is used for the comparison, such an amortization calculation is a straightforward mathematical calculation, and is susceptible to calculation using readily available financial tools, such as an ordinary calculator.  Figure 1 provides an example of a calculation of a loan payment on a traditional mortgage using an amortization algorithm.

18.     In addition, such amortization calculations were performed long before the use of modern computer technology, often with the aid of an amortization table.  Figure 2 provides a sample amortization table that could be used by a household to assist in performing an amortization calculation and an example of a calculation using such an amortization table.  No special machine or apparatus is required to perform an amortization calculation or calculate the

/ / /

DECLARATION OF DR. MICHAEL LEA
IN SUPPORT OF PACIFIC TRUST'S
MOTION FOR SUMMARY JUDGMENT

1

2    savings potentially associated with the business method identified as compared

3    against a traditional amortized mortgage.

4         I declare under penalty of perjury that the foregoing is true and correct.

5    Executed this 25th day of October, 2012 in San Diego, California.

6

7                                                    Dr. Michael Lea

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

**FIGURE 1:  Calculating a Loan Payment Using an Amortization Algorithm**

Loan amortization is the process of paying off a loan over time.  It is a method by which a fixed, periodic payment is divided between principal and interest.  The formula used to calculate loan payments is exactly the same as the formula used to calculate payments on an ordinary annuity.  A loan, by definition, is an annuity, in that it consists of a series of future periodic payments.  The formula is:

$$P = \frac{r(PV)}{1 - (1+r)^{-n}}$$

$P = Payment$
$PV = Present\ Value$
$r = rate\ per\ period$
$n = number\ of\ periods$

The PV, or present value, portion of the loan payment formula is the loan amount.  The loan amount is essentially the present value of the future payments on the loan, discounted at the periodic loan rate, much like the present value of an annuity.

It is important to keep the rate per period and number of periods consistent with one another in the formula.  If the loan payments are made monthly, then the rate per period needs to be adjusted to the monthly rate and the number of periods would be the number of months on the loan.  If payments are annual, the terms of the loan payment formula would be adjusted accordingly.

A calculator can be used to compute the loan payment using the above formula.  For example, for a loan of $170,000 with a 6.25% annual (.52083% monthly) interest rate and 30 year term, the payment is:

**Payment = ($170,000*.0052083)/(1-((1+.005283)^-360))) = $1046.72 (rounded)**

7

1        Once the loan payment is known, it can be easily divided between interest

2  and principal (the principal payments reduce the loan balance outstanding until the

3  loan is fully repaid).  The monthly interest payment is calculated as the monthly

4  rate*beginning balance, and the monthly principal payment is monthly payment –

5  interest payment.  The end of period balance is the beginning balance less the

6  principal payment.

7

8  Source: http://www.financeformulas.net/Loan_Payment_Formula.html

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DR. MICHAEL LEA
IN SUPPORT OF PACIFIC TRUST'S
MOTION FOR SUMMARY JUDGMENT

**FIGURE 2:  Calculating a Loan Payment Using an Amortization Table**

The Amortization Chart With Factors (from HARP Financial) can be used to calculate the monthly payment for each $1000 borrowed.  The entries in the table show amortization payment factors, also referred to as mortgage loan constants, that are based on annuity (constant payment) factors obtained by solving for the present value of a $1 dollar per year payment, discounted at the mortgage rate over the mortgage term.

Multiply the amortization payment factor or mortgage loan constant by the loan amount and divide by 1000 and it will give you the monthly amortized payment for the loan.

For example, a 30-year mortgage at 6.25% annual (.52083% monthly) has a mortgage loan constant of **6.15717**.  For a $170,000 loan, the corresponding monthly payment is:

**Payment = (6.15717*$170,000)/1000 = $1046.72 (rounded)**

# Harp Financial

| California Home Mortgage Company | 818-878-9538 Office |
|---|---|

# Amortization Chart With Factors

Home > Mortgage Research > Calculators: Amortization Chart Using Factors

- Home
- Research
- Amortization Chart  (pdf)
- Amortization Chart  (slow load)
- Annual Percentage Calculator

| Rate | Interest Only | 10 Year | 15 Year | 20 Year | 25 Year | 30 Year | 40 Year |
|---|---|---|---|---|---|---|---|
| **1.000** | **0.08333** | **8.76041** | **5.98495** | **4.59894** | **3.76872** | **3.21640** | **2.52856** |
| 1.125 | 0.09375 | 8.81477 | 6.04008 | 4.65492 | 3.82558 | 3.27413 | 2.58808 |
| 1.250 | 0.10417 | 8.86935 | 6.09554 | 4.71134 | 3.88297 | 3.33252 | 2.64845 |
| 1.375 | 0.11458 | 8.92414 | 6.15132 | 4.76818 | 3.94090 | 3.39154 | 2.70967 |
| 1.500 | 0.12500 | 8.97915 | 6.20743 | 4.82545 | 3.99936 | 3.45120 | 2.77172 |
| 1.625 | 0.13542 | 9.03437 | 6.26386 | 4.88316 | 4.05836 | 3.51150 | 2.83462 |
| 1.750 | 0.14583 | 9.08982 | 6.32061 | 4.94129 | 4.11789 | 3.57243 | 2.89834 |
| 1.875 | 0.15625 | 9.14547 | 6.37769 | 4.99985 | 4.17795 | 3.63400 | 2.96289 |
| **2.000** | **0.16667** | **9.20135** | **6.43509** | **5.05883** | **4.23854** | **3.69619** | **3.02826** |
| 2.125 | 0.17708 | 9.25743 | 6.49281 | 5.11825 | 4.29966 | 3.75902 | 3.09444 |
| 2.250 | 0.18750 | 9.31374 | 6.55085 | 5.17808 | 4.36131 | 3.82246 | 3.16142 |
| 2.375 | 0.19792 | 9.37026 | 6.60921 | 5.23834 | 4.42348 | 3.88653 | 3.22921 |
| 2.500 | 0.20833 | 9.42699 | 6.66789 | 5.29903 | 4.48617 | 3.95121 | 3.29778 |
| 2.625 | 0.21875 | 9.48394 | 6.72689 | 5.36014 | 4.54938 | 4.01651 | 3.36714 |
| 2.750 | 0.22917 | 9.54110 | 6.78622 | 5.42166 | 4.61311 | 4.08241 | 3.43728 |
| 2.875 | 0.23958 | 9.59848 | 6.84586 | 5.48361 | 4.67735 | 4.14892 | 3.50818 |
| **3.000** | **0.25000** | **9.65607** | **6.90582** | **5.54598** | **4.74211** | **4.21604** | **3.57984** |
| 3.125 | 0.26042 | 9.71388 | 6.96609 | 5.60876 | 4.80738 | 4.28375 | 3.65226 |
| 3.250 | 0.27083 | 9.77190 | 7.02669 | 5.67196 | 4.87316 | 4.35206 | 3.72541 |
| 3.375 | 0.28125 | 9.83014 | 7.08760 | 5.73557 | 4.93945 | 4.42096 | 3.79930 |
| 3.500 | 0.29167 | 9.88859 | 7.14883 | 5.79960 | 5.00624 | 4.49045 | 3.87391 |
| 3.625 | 0.30208 | 9.94725 | 7.21037 | 5.86404 | 5.07352 | 4.56051 | 3.94923 |
| 3.750 | 0.31250 | 10.00612 | 7.27222 | 5.92888 | 5.14131 | 4.63116 | 4.02526 |
| 3.875 | 0.32292 | 10.06521 | 7.33440 | 5.99414 | 5.20959 | 4.70237 | 4.10198 |
| **4.000** | **0.33333** | **10.12451** | **7.39688** | **6.05980** | **5.27837** | **4.77415** | **4.17938** |
| 4.125 | 0.34375 | 10.18403 | 7.45968 | 6.12587 | 5.34763 | 4.84650 | 4.25746 |
| 4.250 | 0.35417 | 10.24375 | 7.52278 | 6.19234 | 5.41738 | 4.91940 | 4.33620 |
| 4.375 | 0.36458 | 10.30369 | 7.58620 | 6.25922 | 5.48761 | 4.99285 | 4.41559 |
| 4.500 | 0.37500 | 10.36384 | 7.64993 | 6.32649 | 5.55832 | 5.06685 | 4.49563 |
| 4.625 | 0.38542 | 10.42420 | 7.71397 | 6.39417 | 5.62951 | 5.14140 | 4.57629 |
| 4.750 | 0.39583 | 10.48477 | 7.77832 | 6.46224 | 5.70117 | 5.21647 | 4.65758 |
| 4.875 | 0.40625 | 10.54556 | 7.84297 | 6.53070 | 5.77330 | 5.29208 | 4.73947 |
| **5.000** | **0.41667** | **10.60655** | **7.90794** | **6.59956** | **5.84590** | **5.36822** | **4.82197** |
| 5.125 | 0.42708 | 10.66776 | 7.97320 | 6.66881 | 5.91896 | 5.44487 | 4.90505 |
| 5.250 | 0.43750 | 10.72917 | 8.03878 | 6.73844 | 5.99248 | 5.52204 | 4.98870 |
| 5.375 | 0.44792 | 10.79079 | 8.10465 | 6.80847 | 6.06645 | 5.59971 | 5.07293 |
| 5.500 | 0.45833 | 10.85263 | 8.17083 | 6.87887 | 6.14087 | 5.67789 | 5.15770 |
| 5.625 | 0.46875 | 10.91467 | 8.23732 | 6.94966 | 6.21575 | 5.75656 | 5.24302 |
| 5.750 | 0.47917 | 10.97692 | 8.30410 | 7.02084 | 6.29106 | 5.83573 | 5.32888 |
| 5.875 | 0.48958 | 11.03938 | 8.37118 | 7.09238 | 6.36682 | 5.91538 | 5.41525 |
| **6.000** | **0.50000** | **11.10205** | **8.43857** | **7.16431** | **6.44301** | **5.99551** | **5.50214** |
| 6.125 | 0.51042 | 11.16493 | 8.50625 | 7.23661 | 6.51964 | 6.07611 | 5.58952 |

| 6.375 | 0.53125 | 11.29130 | 8.64250 | 7.38232 | 6.67417 | 6.23870 | 5.76575 |
| 6.500 | 0.54167 | 11.35480 | 8.71107 | 7.45573 | 6.75207 | 6.32068 | 5.85457 |
| 6.625 | 0.55208 | 11.41850 | 8.77994 | 7.52950 | 6.83039 | 6.40311 | 5.94385 |
| 6.750 | 0.56250 | 11.48241 | 8.84909 | 7.60364 | 6.90912 | 6.48598 | 6.03357 |
| 6.875 | 0.57292 | 11.54653 | 8.91854 | 7.67814 | 6.98825 | 6.56929 | 6.12373 |
| **7.000** | **0.58333** | **11.61085** | **8.98828** | **7.75299** | **7.06779** | **6.65302** | **6.21431** |
| 7.125 | 0.59375 | 11.67537 | 9.05831 | 7.82820 | 7.14773 | 6.73719 | 6.30531 |
| 7.250 | 0.60417 | 11.74010 | 9.12863 | 7.90376 | 7.22807 | 6.82176 | 6.39672 |
| 7.375 | 0.61458 | 11.80504 | 9.19923 | 7.97967 | 7.30880 | 6.90675 | 6.48852 |
| 7.500 | 0.06250 | 11.87017 | 9.27101 | 8.05593 | 7.38991 | 6.99215 | 6.58071 |
| 7.625 | 0.63542 | 11.93552 | 9.34130 | 8.13254 | 7.47141 | 7.07794 | 6.67327 |
| 7.750 | 0.64583 | 12.00106 | 9.41276 | 8.20949 | 7.55329 | 7.16412 | 6.76620 |
| 7.875 | 0.65625 | 12.06681 | 9.48450 | 8.28677 | 7.63554 | 7.25069 | 6.85948 |
| **8.000** | **0.66667** | **12.13276** | **9.55652** | **8.36440** | **7.71816** | **7.33765** | **6.95312** |
| 8.125 | 0.67708 | 12.19891 | 9.62882 | 8.44236 | 7.80115 | 7.42497 | 7.04709 |
| 8.250 | 0.68750 | 12.26526 | 9.70140 | 8.52066 | 7.88450 | 7.51267 | 7.14139 |
| 8.375 | 0.69792 | 12.33182 | 9.77426 | 8.59928 | 7.96821 | 7.60072 | 7.23601 |
| 8.500 | 0.70833 | 12.39857 | 9.84740 | 8.67823 | 8.05227 | 7.68913 | 7.33094 |
| 8.625 | 0.71875 | 12.46552 | 9.92080 | 8.75751 | 8.13668 | 7.77790 | 7.42618 |
| 8.750 | 0.72917 | 12.53268 | 9.99449 | 8.83711 | 8.22144 | 7.86700 | 7.52171 |
| 8.875 | 0.73958 | 12.60003 | 10.06844 | 8.91702 | 8.30653 | 7.95645 | 7.61752 |
| **9.000** | **0.75000** | **12.66758** | **10.14267** | **8.99726** | **8.39196** | **8.04623** | **7.71361** |
| 9.125 | 0.76042 | 12.73533 | 10.21716 | 9.07781 | 8.47773 | 8.13633 | 7.80998 |
| 9.250 | 0.77083 | 12.80327 | 10.29192 | 9.15867 | 8.56382 | 8.22675 | 7.90661 |
| 9.375 | 0.78125 | 12.87142 | 10.36695 | 9.23984 | 8.65023 | 8.31749 | 8.00349 |
| 9.500 | 0.79167 | 12.93976 | 10.44225 | 9.32131 | 8.73697 | 8.40854 | 8.10062 |
| 9.625 | 0.80208 | 13.00829 | 10.51781 | 9.40309 | 8.82402 | 8.49989 | 8.19798 |
| 9.750 | 0.81250 | 13.07702 | 10.59363 | 9.48517 | 8.91137 | 8.59154 | 8.29559 |
| 9.875 | 0.82292 | 13.14595 | 10.66971 | 9.56754 | 8.99904 | 8.68349 | 8.39341 |
| **10.000** | **0.83333** | **13.21507** | **10.74605** | **9.65022** | **9.08701** | **8.77572** | **8.49146** |

## How To Calculate Your Monthly Mortgage Payment Using A Factor Chart

This will figure out a monthly payment for EACH $1,000 borrowed over the time period desired. Find the payment factor at the intersection of the interest rate and length of years for the loan. Multiply the payment factor by the loan amount and divide by 1000 and it will give you the new monthly amortized payment for the loan. Amortization Payment Factors Are For Reference Only: Some rates may be rounded or contain typographical errors. Accuracy is not guaranteed. If you find a typographical error in the information let us know.

---

Call For Your Free Rate Quote • Apply by phone • Purchase and Refinance Home Loans anywhere in California
California Department of Real Estate, real estate broker. Equal Housing Lender.