**WINSTON & STRAWN LLP**
David L. Aronoff (SBN: 152606) daronoff@winston.com
Gail J. Standish (SBN: 166334) gstandish@winston.com
Stephen R. Smerek (SBN: 208343) ssmerek@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1700 / F: (213) 615-1750

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMG FINANCIAL SERVICES, INC.,<br><br>Plaintiff(s)<br>v.<br><br>PACIFIC TRUST BANK, F.S.B., et al.,<br><br>Defendant(s). | **CASE NUMBER**<br>11-cv-10344-PSG-MRW<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

Pacific Trust Bank, F.S.B. ☐ Plaintiff ☒ Defendant ☒ Other Counter-Claimant
*Name of Party*

hereby requests that the Court approve the substitution of David Aronoff, Stephen Smerek and Gail Standish
Winston & Strawn LLP
333 S. Grand Ave., Los Angeles, CA 90071-1543
*New Attorney*

as attorney of record instead of Robert (Bob) Steinberg, Amy C. Quartarolo and Neil Rubin
Latham & Watkins LLP
355 S. Grand Ave., Los Angeles, CA 90071-1560
*Present Attorney*

Dated May 20, 2013

*Signature of Party/Authorized Representative of Party*
Pacific Trust Bank, F.S.B.

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated May 20, 2013

*Signature of Present Attorney*
Amy C. Quartarolo

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated May 20, 2013

*Signature of New Attorney*
David L. Aronoff
152606
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (07/12)     REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY