**WINSTON & STRAWN LLP**
David L. Aronoff (SBN: 152606) daronoff@winston.com
Gail J. Standish (SBN: 166334) gstandish@winston.com
Stephen R. Smerek (SBN: 208343) ssmerek@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1700 / F: (213) 615-1750

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMG FINANCIAL SERVICES, INC.,<br><br>                                  Plaintiff(s)<br>v.<br><br>PACIFIC TRUST BANK, F.S.B., et al.,<br><br>                                  Defendant(s). | CASE NUMBER<br><br>11-cv-10344-PSG-MRW<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Pacific Trust Bank, F.S.B.__   ☐ Plaintiff  ☒ Defendant  ☒ Other __Counter-Claimant__
*Name of Party*

to substitute __David L. Aronoff, Gail J. Standish and Stephen R. Smerek__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__333 S. Grand Avenue, 38th Floor__
*Street Address*

__Los Angeles, CA 90071-1543__                      daronoff@winston.com,
*City, State, Zip*                                  gstandish@winston.com
                                                    ssmerek@winston.com
                                                    *E-Mail Address*

__(213) 615-1700__      __(213) 615-1750__          Aronoff: 152606
*Telephone Number*      *Fax Number*                Standish: 166334
                                                    Smerek: 208343
                                                    *State Bar Number*

as attorney of record instead of __Robert (Bob) Steinberg, Amy C. Quartarolo and Neil A. Rubin Latham & Watkins LLP__
*Present Attorney*

**is hereby**   ☐ GRANTED   ☐ DENIED

Dated _____              _____
                                            U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G–01 ORDER (07/12)      ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

