E-FILED-9/19/14

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMG Financial Services, Inc., <br> Plaintiff <br> v. <br> Pacific Trust Bank, F.S.B., <br> Defendant | Case No. CV 11-10344 PSG (MRWx) <br><br> **JUDGMENT** |

The Court, having considered Defendant Pacific Trust Bank, F.S.B.'s ("Defendant") Motion for Summary Judgment (Dkt. No. 55) and the arguments and evidence presented in the moving, opposition, reply, and supplemental papers without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Rule 7-15, and a decision having been duly rendered on August 29, 2014 granting Defendant's Motion for Summary Judgment, in adjudging that U.S. Patent No. 7,627,509 ('509 Patent) is invalid as a matter of law under 35 U.S.C. § 101, as directed to unpatentable subject matter (Dkt. No. 164):

IT IS ORDERED AND ADJUDGED that:

(1) Plaintiff CMG Financial Services, Inc.'s Complaint, filed on December 14, 2011 (Dkt. No. 1) is DISMISSED WITH PREJUDICE;

and

(2) Defendant's counterclaim for a declaratory judgment that the '509 Patent is invalid pursuant to 35 U.S.C. § 101, filed on May 1, 2012 (Dkt. No. 22) is GRANTED.  The alternative basis for Defendant's counterclaim, i.e., that it did not infringe the '509 Patent, is DISMISSED AS MOOT.

Dated: 9/19/14

_____
PHILIP S. GUTIERREZ
United States District Judge

2